IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILADELPHIA INDEMNITY INSURANCE COMPANY,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **ADMIRAL INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,** | : | No. 15-3486 |
| *Defendants*. | : | |

### O R D E R

AND NOW, this 29th day of March, 2016, upon consideration of the defendant Admiral Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1), (6), and (7) (Doc. No. 8), the Plaintiff's Response to the Motion (Doc. No. 10), and oral argument on the motion, it is hereby ORDERED that the Motion is DENIED for the reasons outlined in the accompanying memorandum of law.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge